IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02499-BNB

HAROLD T. MADDOX,

　　　Plaintiff,

v.

TERRY MAKETA, Sheriff, and
CORRECTIONAL HEALTH CARE COMPANIES,

　　　Defendants.

---

## ORDER OF DISMISSAL

---

Plaintiff, Harold T. Maddox, currently is incarcerated at the El Paso County Criminal Justice Center in Colorado Springs, Colorado.  Mr. Maddox initiated this action by filing *pro se* a Complaint (ECF No. 1) for injunctive relief and money damages and an Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 3). The Court reviewed the documents and determined they were deficient.  Therefore, on September 11, 2014,  Magistrate Judge Boyd N. Boland entered an order (ECF No. 4) directing Mr. Maddox to cure certain enumerated deficiencies in the case within thirty days if he wished to pursue his claims.

The September 11 order pointed out that Mr. Maddox failed to submit either the $400.00 filing fee or a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the proper, Court-approved form.  The September 11 order directed Mr. Maddox to obtain, with the assistance of his case manager or the facility's legal assistant, the Court-approved forms for filing a Prisoner's Motion and Affidavit for

Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint, and to use those forms in curing the designated deficiencies and in filed a Prisoner Complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure, asserted each Defendant's personal participation in the alleged constitutional violations, and sued the proper parties.  The September 11 order warned Mr. Maddox that if he failed to cure the designated deficiencies or file an amended Prisoner Complaint as directed within thirty days, the action may be dismissed without prejudice and without further notice.

Mr. Maddox has failed within the time allowed to cure the designated deficiencies, file an amended Prisoner Complaint as directed, or otherwise communicate with the Court in any way.  Therefore, the Complaint and the action will be dismissed without prejudice for Mr. Maddox's failure to cure the designated deficiencies and file an amended Prisoner Complaint as directed within the time allowed, and for his failure to prosecute.

Finally, the Court certifies pursuant to § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Maddox files a notice of appeal he also must pay the full $505.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the Complaint (ECF No. 1) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Harold T. Maddox, to cure the deficiencies designated in the order to cure of September 11, 2014, and file an amended Prisoner Complaint as directed within the time allowed, and for his failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this   23rd   day of    October        , 2014.

BY THE COURT:


   s/Lewis T. Babcock                              
LEWIS T. BABCOCK
Senior Judge, United States District Court